Avedis MESHEFEDJIAN;
et al., Petitioners,

v.

John ASHCROFT, Attorney
General,* Respondent.

Nos. 02–71953.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2004.**

Decided Oct. 22, 2004.

Avedis Meshefedjian, North Hollywood, CA, Pro Se.

Angele Kokshanian, North Hollywood, CA, Regional Counsel, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, San Francisco, CA, Richard M. Evans, Esq., Marion E. Guyton, Attorney, Washington, DC, for Respondent.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM ***

Avedis Meshefedjian and Angele Kokshanian, natives and citizens of Syria, petition *pro se* for review of the Board of Immigration Appeals' ("BIA") order affirming the Immigration Judge's ("IJ") denial of withholding of deportation. We have jurisdiction pursuant to 8 U.S.C. § 1105a(a), *see Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997), and we deny the petition for review.

On remand, the IJ found that petitioners failed to establish eligibility for withholding of deportation. We agree. Upon review of the record, we conclude that petitioners have offered no evidence to show that it is more likely than not that they would be persecuted if returned to Syria. Accordingly, substantial evidence supports the IJ's determination. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1184–85 (9th Cir. 2003).

Pursuant to *Elian v. Ashcroft*, 370 F.3d 897, 901 (9th Cir.2004), petitioners' voluntary departure period will begin to run upon issuance of this court's mandate.

**PETITION DENIED.**

---

* John Ashcroft, Attorney General, is substituted for the Immigration and Naturalization Service as the proper respondent. *See* Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.